## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

January 20, 2011

John Ley, Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

      **U.S.D.C. No.: 1:09-cv-2700-JEC**
      **U.S.C.A. No.: 00-00000-00**
      **In re:  Cloys Haynes, et al. *v.* Cyberonics, Inc.**

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| X | Certified copies of the notice of appeal, docket sheet and order appealed enclosed. |
| ___ | This is not the first notice of appeal.  Other notices were filed on: . |
| X | There is no transcript. |
| ___ | The court reporter is . |
| ___ | There is sealed material as described below: . |
| ___ | Other: . |
| X | Fee paid on 1/18/2011; Receipt No. 113E-3089483. |
| ___ | Appellant has been  leave to file *in forma pauperis*. |
| ___ | This is a bankruptcy appeal.  The Bankruptcy Judge is . |
| ___ | The Magistrate Judge is . |
| X | The District Judge is Julie E. Carnes. |
| ___ | This is a **DEATH PENALTY** appeal. |

                                                Sincerely,

                                              James N. Hatten
                                              District Court Executive
                                              and Clerk of Court

                                 By:  /s/  Kimberly Carter
                                          Deputy Clerk

Enclosures