**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CLOYS HAYNES and ) <br> DARLENE HAYNES ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> CYBERONICS, INC. ) <br>   ) <br>   Defendant. ) | CIVIL ACTION FILE <br><br> NO.: 1:09-cv-2700 <br><br> (Removed from the State Court <br> of Gwinnett County, Georgia <br> Civil Action File No. 09C- |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day filed the following documents with the Court:

1. Union General Hospital Certified Medical Records
2. St. Joseph's Hospital Certified Medical Records
3. Community Neurology Clinic/ Dr. Phillip Kennedy Certified Medical Records
4. Affidavit of W. Bryant Green, III
5. Affidavit of Phillip R. Kennedy, M.D.

I have served all parties to this matter via electronic filing as follows:

Z. Ileana Martinez
Thompson Hine LLP
One Atlantic Center, Suite 2200
1201 W. Peachtree Street
Atlanta, Georgia 30309-3449
Telephone: (404) 541-2900
Facsimile: (404) 541-2905
Ileana.Martinez@ThompsonHine.com


This 28th day of January, 2011.

   /s/ W. Bryant Green, III
W. Bryant Green, III
Georgia Bar No. 307707
Attorney for Plaintiffs

Law Offices of W. Bryant Green, III, P.C.
303 Peachtree Street – Suite 4100
Atlanta, Georgia 30308
(404) 522-5330
(404) 577-0860 fax
bryant@wbgpc.com

## **LOCAL RULE 7.1 CERTIFICATION**

The undersigned counsel hereby certifies that this pleading was prepared with one of the font and point selections approved by the Court in LR 5.1B. Specifically, Times New Roman was used in 14 point.

So certified this 28th day of January, 2011.

                                                 /s/ W. Bryant Green, III  
                                                 W. Bryant Green, III  
                                                 Georgia Bar No. 307707  
                                                 Attorney for Plaintiffs

Law Offices of W. Bryant Green, III, P.C.  
303 Peachtree Street – Suite 4100  
Atlanta, Georgia 30308  
(404) 522-5330  
(404) 577-0860 fax  
bryant@wbgpc.com