# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

February 10, 2011

United States Court of Appeals
11th Circuit
56 Forsyth Street, NW
Atlanta, Georgia  30303

    **USDC Civil Action No. 1:09-cv-2700-JEC**

    **USCA No.    11-10314-HH**

    Re: *Cloys Haynes, et al. v. Cyberonics, Inc.*

---

### CERTIFICATE OF READINESS OF RECORD ON APPEAL

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Northern District of Georgia hereby certifies that, as shown on the enclosed index, the record is complete for the purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

    __3__   **Volume(s) of pleadings**

    _____   Volume(s) of depositions

    _____   Volume(s) of transcripts

    _____   Volume(s) of exhibits

    _____   Other:

                Sincerely,

                James N. Hatten
                District Court Executive
                 and Clerk of Court

        By: /s/ *Kimberly Carter*
                Deputy Clerk

Enclosures

4months, APPEAL, SUBMDJ

# U.S. District Court
## Northern District of Georgia (Atlanta)
### CIVIL DOCKET FOR CASE #: 1:09-cv-02700-JEC
### Internal Use Only

**ATTEST: A TRUE COPY CERTIFIED THIS FEB 1 0 2011**
James N. Hatten, Clerk
By: [signature] Deputy Clerk

| | |
|---|---|
| Haynes et al v. Cyberonics, Inc. | Date Filed: 09/30/2009 |
| Assigned to: Judge Julie E. Carnes | Jury Demand: Defendant |
| Case in other court: State Court of Gwinnett County, 09C149831 | Nature of Suit: 365 Personal Inj. Prod. Liability |
| USCA - 11th Circuit., 11-10314-HH | Jurisdiction: Diversity |
| Cause: 28:1441 Petition for Removal- Product Liability | |

**Plaintiff**

**Cloys Haynes**   represented by   **Willis B. Green , III**
Law Offices of W. Bryant Green, III P.C.
Suite 4100
303 Peachtree Street
Atlanta, GA 30308
404-522-5330
Email: bulldog2@mindspring.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darlene Haynes**   represented by   **Willis B. Green , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Cyberonics, Inc.**   represented by   **Zoe Ileana Martinez**
Thompson Hine LLP-GA
One Atlantic Center, Suite 2200
1201 West Peachtree Street, N.W.
Atlanta, GA 30309-3449
404-541-2900
Email: Ileana.Martinez@thompsonhine.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Leslie J. Suson
Thompson Hine LLP-GA
One Atlantic Center, Suite 2200
1201 West Peachtree Street, N.W.
Atlanta, GA 30309-3449
404-541-2900
Fax: 404-420-7191
Email: Leslie.Suson@thompsonhine.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/30/2009 | 1 | NOTICE OF REMOVAL with COMPLAINT. (Filing fee $ 350 receipt number 16784), filed by Cyberonics, Inc.. (Attachments: # 1 Civil Cover Sheet)(tcc) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 09/30/2009) |
| 09/30/2009 | 2 | ANSWER to 1 NOTICE OF REMOVAL by Cyberonics, Inc.. Discovery ends on 3/1/2010.(tcc) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 09/30/2009) |
| 12/22/2009 | 3 | Joint Certificate of Interested Persons by Cyberonics, Inc.. (Martinez, Zoe) (Entered: 12/22/2009) |
| 12/22/2009 | 4 | Joint PRELIMINARY REPORT AND DISCOVERY PLAN filed by Cyberonics, Inc.. (Martinez, Zoe) (Entered: 12/22/2009) |
| 03/01/2010 | 5 | Application for Leave of Absence for the following date(s): May 13, 2010 through and including May 31, 2010, by Zoe Ileana Martinez. (Martinez, Zoe) (Entered: 03/01/2010) |
| 03/01/2010 | 6 | Joint MOTION for Extension of Time to Complete Discovery with Brief In Support by Cyberonics, Inc.. (Attachments: # 1 Brief in Support of Joint Motion to Extend Discovery Period, # 2 Text of Proposed Order) (Martinez, Zoe) (Entered: 03/01/2010) |
| 03/03/2010 |  | MINUTE ORDER (by docket entry only) APPROVING 5 Request for Leave of Absence filed by Z. Ileana Martinez for the dates of May 13-31, 2010, by direction of the Court on March 3, 2010. Counsel is expected to comply timely with discovery obligations. Further, should any pleading become due during this period, counsel will be expected to file a motion for extension of time as to that particular pleading, should counsel wish any extension. (ddm) (Entered: 03/03/2010) |
| 03/03/2010 | 7 | ORDER granting 6 Motion for Extension of Time to Extend Discovery Period. IT IS HEREBY ORDERED that the Joint Motion to Extend Discovery Period for a period of (6) months, to and including August 31, |

Handwritten annotation near entry 1: "Reg. Vol. 1"

|  |  |  |
|---|---|---|
|  |  | 2010, is GRANTED. Signed by Judge Julie E. Carnes on 03/03/10. (fap) (Entered: 03/03/2010) |
| 03/16/2010 | 8 | First MOTION to Amend *Complaint* with Brief In Support by Cloys Haynes, Darlene Haynes. (Green, Willis) (Entered: 03/16/2010) |
| 04/16/2010 |  | Submission of 8 First MOTION to Amend *Complaint*, submitted to District Judge Julie E. Carnes. (fap) (Entered: 04/16/2010) |
| 04/20/2010 | 9 | ORDER granting 8 Motion to Amend Complaint as unopposed. The Clerk is directed t file the plaintiff's attached Amended Complaint as of the date of this Order. Signed by Judge Julie E. Carnes on 04/20/10. (fap) (Entered: 04/20/2010) |
| 04/20/2010 | 10 | AMENDED COMPLAINT against Cyberonics, Inc., filed by Cloys Haynes, Darlene Haynes.(fap) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 04/20/2010) |
| 05/04/2010 | 11 | ANSWER to 10 Amended Complaint by Cyberonics, Inc..(Suson, Leslie) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 05/04/2010) |
| 08/16/2010 | 12 | NOTICE to Take Deposition of Darlene Haynes filed by Cyberonics, Inc. (Martinez, Zoe) (Entered: 08/16/2010) |
| 08/16/2010 | 13 | NOTICE to Take Deposition of Cloys Haynes filed by Cyberonics, Inc. (Martinez, Zoe) (Entered: 08/16/2010) |
| 08/17/2010 | 14 | CERTIFICATE OF SERVICE *of Discovery* by Cyberonics, Inc..(Martinez, Zoe) (Entered: 08/17/2010) |
| 08/19/2010 | 15 | NOTICE to Take Deposition of Joseph Zarge, MD filed by Cyberonics, Inc. (Attachments: # 1 Exhibit Subpoena for Deposition)(Martinez, Zoe) (Entered: 08/19/2010) |
| 08/20/2010 | 16 | Initial Disclosures by Cyberonics, Inc..(Martinez, Zoe) (Entered: 08/20/2010) |
| 08/26/2010 | 17 | NOTICE to Take Deposition of Custodian of Cyberonics Vagus Nerve Stimulation System Explanted from Cloys Haynes on November 30, 2007 filed by Cyberonics, Inc. (Martinez, Zoe) (Entered: 08/26/2010) |
| 08/26/2010 | 18 | NOTICE to Take Deposition of Donald Sears, MD filed by Cyberonics, Inc. (Martinez, Zoe) (Entered: 08/26/2010) |
| 08/27/2010 | 19 | NOTICE to Take Deposition of Cyberonics, Inc filed by Cloys Haynes, Darlene Haynes (Green, Willis) (Entered: 08/27/2010) |
| 08/27/2010 | 20 | DISCOVERY FILED IN VIOLATION OF LOCAL RULE Request to File Original Discovery *Interrogatories* by Cloys Haynes, Darlene Haynes. (Green, Willis) Modified on 8/30/2010 (fap). (Entered: 08/27/2010) |

Vol. 1 Cont.

| | | |
|---|---|---|
| 08/27/2010 | 21 | MOTION to Dismiss *Without Prejudice*, MOTION to Stay *Discovery*, MOTION for Extension of Time to Complete Discovery *In the Alternative* by Cloys Haynes, Darlene Haynes. (Attachments: # 1 Text of Proposed Order, # 2 Statement of Material Facts)(Green, Willis) (Entered: 08/27/2010) |
| 08/31/2010 *End Vol. 1* | 22 | CERTIFICATE OF SERVICE *of Discovery* by Cyberonics, Inc..(Martinez, Zoe) (Entered: 08/31/2010) |
| 09/13/2010 *Beg. Vol. 2* | 23 | MOTION for Summary Judgment with Brief In Support by Cyberonics, Inc.. (Attachments: # 1 Brief Defendant Cyberonics, Inc.'s Brief in Support of its Motion for Summary Judgment, # 2 Statement of Material Facts Defendant Cyberonics, Inc.'s Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 in Support of Its Motion for Summary Judgment, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G)(Martinez, Zoe) --Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.-- (Entered: 09/13/2010) |
| 09/13/2010 | 24 | OBJECTION in Opposition re 21 MOTION to Dismiss *Without Prejudice* MOTION to Stay *Discovery* MOTION for Extension of Time to Complete Discovery *In the Alternative* filed by Cyberonics, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Martinez, Zoe) Modified on 9/14/2010 to accurately reflect e-filed pleading. (fap). (Entered: 09/13/2010) |
| 09/27/2010 | 25 | REPLY to Response to Motion re 21 MOTION to Dismiss *Without Prejudice* MOTION to Stay *Discovery* MOTION for Extension of Time to Complete Discovery *In the Alternative* filed by Cloys Haynes, Darlene Haynes. (Green, Willis) (Entered: 09/27/2010) |
| 09/28/2010 | 26 | CERTIFICATE OF SERVICE *of Discovery Pursuant to Rule 5.4* by Cyberonics, Inc..(Martinez, Zoe) (Entered: 09/28/2010) |
| 10/20/2010 | | Submission of 21 MOTION to Dismiss *Without Prejudice* MOTION to Stay *Discovery* MOTION for Extension of Time to Complete Discovery *In the Alternative*, 23 MOTION for Summary Judgment, submitted to District Judge Julie E. Carnes. (fap) (Entered: 10/20/2010) |
| 12/20/2010 | 27 | ORDER denying 21 Plaintiffs' Motion to Dismiss, or alternatively, Motion for Extension of Time to Complete Discovery. Plaintiff shall respond to defendant's Motion for Summary Judgment 23 by January 28, 2011. Signed by Judge Julie E. Carnes on 12/20/10. (ddm) (Entered: 12/20/2010) |
| 12/22/2010 | | Submission of 23 MOTION for Summary Judgment, submitted to District Judge Julie E. Carnes. (FILE IN CHAMBERS) (fap) (Entered: 12/22/2010) |
| 01/18/2011 | 28 | NOTICE OF APPEAL as to 27 Order on Motion to Dismiss, Order on Motion to Stay, Order on Motion for Extension of Time to Complete |

Vol. 2 CONT.

| Date | Doc # | Description |
|---|---|---|
| | | Discovery,,, by Cloys Haynes, Darlene Haynes. Filing fee $ 455, receipt number 113E-3089483. Transcript Order Form due on 2/1/2011 (Attachments: # 1 Exhibit Order being appealed)(Green, Willis) (Entered: 01/18/2011) |
| 01/20/2011 | 29 | Transmission of Certified Copy of Notice of Appeal, Order and Docket Sheet to US Court of Appeals re: 28 Notice of Appeal. (kac) (Entered: 01/20/2011) |
| 01/28/2011 | 30 | AFFIDAVIT in Opposition re 23 MOTION for Summary Judgment *Union General Hospital Certified Records* filed by Cloys Haynes, Darlene Haynes. (Green, Willis) (Entered: 01/28/2011) |
| 01/28/2011 | 31 | AFFIDAVIT in Opposition re 23 MOTION for Summary Judgment *Dr. Kennedy Certified Medical Records* filed by Cloys Haynes, Darlene Haynes. (Attachments: # 1 Affidavit Dr. Kennedy Cert. Med Records, # 2 Affidavit Dr. Kennedy Cert. Med Records, # 3 Affidavit Dr. Kennedy Cert. Med Records)(Green, Willis) (Entered: 01/28/2011) |
| 01/28/2011 | 32 | AFFIDAVIT in Opposition re 23 MOTION for Summary Judgment *St. Josephs Hospital Certified Records* filed by Cloys Haynes, Darlene Haynes. (Attachments: # 1 Affidavit St. Josephs Hospital Certified Records, # 2 Affidavit St. Josephs Hospital Certified Records, # 3 Affidavit St. Josephs Hospital Certified Records)(Green, Willis) (Entered: 01/28/2011) |

End Vol. 2

| Date | Doc # | Description |
|---|---|---|
| 01/28/2011 | 33 | AFFIDAVIT in Opposition re 23 MOTION for Summary Judgment *Affidavit of W. Bryant Green* filed by Cloys Haynes, Darlene Haynes. (Green, Willis) (Entered: 01/28/2011) |

Beg. Vol. 3

| Date | Doc # | Description |
|---|---|---|
| 01/28/2011 | 34 | AFFIDAVIT in Opposition re 23 MOTION for Summary Judgment *Affidavit of Dr. Phillip R. Kennedy, MD* filed by Cloys Haynes, Darlene Haynes. (Green, Willis) (Entered: 01/28/2011) |
| 01/28/2011 | 35 | NOTICE Of Filing notice of filing affidavits and certified medical records by Cloys Haynes, Darlene Haynes (Green, Willis) (Entered: 01/28/2011) |
| 01/28/2011 | 36 | RESPONSE in Opposition re 23 MOTION for Summary Judgment *Plaintiffs' Breif In Opposition* filed by Cloys Haynes, Darlene Haynes. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8)(Green, Willis) (Entered: 01/28/2011) |
| 02/01/2011 | 37 | USCA Acknowledgment of 28 Notice of Appeal filed by Cloys Haynes, Darlene Haynes. Case Appealed to USCA - 11th Circuit. USCA Case Number 11-10314-HH. (kac) (Entered: 02/03/2011) |

End Vol. 3

| Date | Doc # | Description |
|---|---|---|
| 02/10/2011 | | CERTIFICATE OF READINESS of Record on Appeal re: 28 Notice of Appeal filed by Cloys Haynes, Darlene Haynes. Case Appealed to USCA - 11th Circuit. USCA Case Number 11-10314-HH. (kac) (Entered: 02/10/2011) |