# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CLOYS HAYNES and DARLENE HAYNES ) ) ) Plaintiffs, ) ) ) CYBERONICS, INC. ) ) Defendant. ) _____ ) | CIVIL ACTION FILE NO.: 1:09-cv-2700-JEC |

**DEFENDANT CYBERONICS, INC.'S NOTICE OF FILING AMENDED EXHIBIT "3" TO ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Defendant Cyberonics, Inc. ("Cyberonics") submits this Notice of Filing Amended Exhibit "3" to its Reply in Support of its Motion for Summary Judgment.

Respectfully submitted, this 15th day of February, 2011.

THOMPSON HINE LLP

BY: /s/ Z. Ileana Martinez
Z. Ileana Martinez, Ga. Bar 474660
Leslie J. Suson, Ga. Bar. 142162
Attorneys for Defendant

1201 W. Peachtree St. Suite 2200
Atlanta, Georgia 30309-3449
T: (404) 541-2900; F: (404) 541-2905
Email: Ileana.Martinez@ThompsonHine.com
Leslie.Suson@ThompsonHine.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CLOYS HAYNES and DARLENE HAYNES | ) ) ) | |
| Plaintiffs, | ) ) ) | CIVIL ACTION FILE |
| | ) | NO.: 1:09-cv-2700-JEC |
| | ) ) ) | (Removed from the State Court of Gwinnett County, Georgia |
| CYBERONICS, INC. | ) ) | Civil Action File No. 09C-14983-1). |
| | ) | |
| Defendant. | ) ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing **DEFENDANT CYBERONICS, INC.'S NOTICE OF FILING AMENDED EXHIBIT "3" TO ITS REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** upon all parties to this matter via electronic filing and/or U.S. Mail addressed to the counsel of record as follows:

W. Bryant Green
Law Office of W. Bryant Green, III, P.C.
303 Peachtree Street, N.E., Suite 4100
Atlanta, Georgia 30308
Ph: (404) 522-5330
Fx: (404) 577-0860

- 3 -

This 15th day of February, 2011.

                                      THOMPSON HINE LLP

                            BY:   /s/ Z. Ileana Martinez
                                    Z. Ileana Martinez
                                    Georgia State Bar No. 474660
                                    Leslie J. Suson
                                    Georgia State Bar No. 142162
                                    Attorneys for Defendant

One Atlantic Center, Suite 2200
1201 West Peachtree Street
Atlanta, Georgia 30309-3449
Telephone:  (404) 541-2900
Facsimile:    (404) 541-2905
Email: Ileana.Martinez@ThompsonHine.com
Leslie.Suson@ThompsonHine.com

## **LOCAL RULE 7.1 CERTIFICATION**

The undersigned counsel hereby certifies that this pleading was prepared with one of the font and point selections approved by the Court in LR 5.1B. Specifically, Times New Roman was used in 14 point.

So certified this 15th day of February, 2011.

/s/ Z. Ileana Martinez
Georgia Bar No. 474660
Leslie J. Suson
Georgia Bar No. 142162
Counsel for Defendant

THOMPSON HINE LLP
One Atlantic Center, Suite 2200
1201 West Peachtree Street
Atlanta, Georgia 30309-3449
Telephone:  (404) 541-2900
Facsimile:   (404) 541-2905
Email: Ileana.Martinez@ThompsonHine.com
Leslie.Suson@ThompsonHine.com